UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| POWER FORWARD COMMUNITIES, INC., on behalf of itself and its award subrecipients,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Civil Action No. 1:25-cv-2021 |

**DISCLOSURE OF CORPORATE INTEREST OF**
**POWER FORWARD COMMUNITIES, INC.**

The undersigned counsel for Power Forward Communities, Inc. ("PFC") hereby certifies pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1 that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. PFC is a non-stock, not-for-profit corporation. It has no parent company and no publicly held corporation owns 10% or more of its stock.

2. PFC is incorporated in Delaware and maintains its principal place of business in Columbia, Maryland.

3. PFC is a non-profit coalition formed by five affiliated non-profit organizations. Those coalition members (and the coalition members' NCIF grant subrecipient affiliates) are as follows:

   a. Enterprise Community Partners, Inc.

   b. Enterprise Green Accelerator, Inc.

   c. Habitat for Humanity International, Inc.

      d. Habitat Capital LLC

      e. Local Initiatives Support Corporation

      f. LISC Green LLC

      g. Rewiring America, Inc.

      h. Rewiring Community Investment Fund, Inc.

      i. United Way Worldwide

4. Defendant Citibank, N.A. is a national banking association organized and existing under the laws of the United States of America, with headquarters in Sioux Falls, South Dakota.

Dated: March 11, 2025

                  Respectfully Submitted,

                  */s/ James M. Gross*

                  Noah C. Shaw (*pro hac vice* forthcoming)
                  James M. Gross (SDNY Bar No. JG1989)
                  FOLEY HOAG LLP
                  1301 Ave. of the Americas
                  25th Floor
                  New York, NY 10019
                  Tel. (212) 812-0400
                  ncshaw@foleyhoag.com
                  jgross@foleyhoag.com

                  Beth C. Neitzel (*pro hac vice* forthcoming)
                  FOLEY HOAG LLP
                  155 Seaport Boulevard
                  Boston, MA 02210
                  Tel. (617) 832-1000
                  bneitzel@foleyhoag.com

                  *Counsel for Power Forward Communities, Inc.*

-3-

## CERTIFICATE OF SERVICE

    I, James M. Gross, certify that on March 11, 2025, I caused the foregoing document to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

                                              /s/ *James M. Gross*
                                              James M. Gross